Dismissed and Memorandum Opinion filed August 5, 2004









Dismissed and Memorandum Opinion filed August 5, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00494-CV

____________

 

IN THE INTEREST OF J.E.R. AND L.R.,
II

 

 



 

On Appeal from the
247th District Court

Harris County, Texas

Trial Court Cause No. 96-53192

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed January 22,
2004.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On July 6, 2004, notification was transmitted to all parties
of the Court's intent to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment. 
See Tex. R. App. P.
37.3(b).

Appellant filed no response.

Accordingly, the appeal is ordered dismissed.








 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 5, 2004.

Panel consists of Justices
Anderson, Hudson, and Frost.